PHONE: (337) 948-8008
FAX: (337) 948-0098
TOLL-FREE: (337) 948-8008
www.DoranLawFirm.com




ATTORNEYS & COUNSELORS AT LAW

521 E. LANDRY ST.
P.O. BOX 2119 (70571)
OPELOUSAS, LA 70570
*Licensed in Louisiana & Texas*

AUG 24 '21 AM9:49
ST LANDRY COC

August 24, 2021

*Via Hand Delivery*

St. Landry Parish Clerk of Court
Attention: Civil Department
Post Office Box 750
Opelousas, Louisiana 70570

RE: ***NEW SUIT*** 21C 3157 A
*Danny Francis v. Atabi Ali Zuhair Sabri, Ayat Logistics, Inc. and United Wisconsin Insurance Company*
27th JDC, St. Landry Parish, Louisiana

Dear Sir:

Attached hereto please find the original and one (1) copy of the **Petition for Damages, Motion and Order for Pauper, Interrogatories and Request for Production of Documents** which I ask that you file into your records, returning the additional copy to the undersigned indicating the date and time same was filed. The additional copies are for service on the named defendants.

My client has applied for **pauper** status, so no monies have been enclosed at this present time. Should the Pauper request be denied, please notify the undersigned immediately and a check will be forwarded for the advance filing fees. Our firm check, in the amount of $50.00 is enclosed, made payable to the Louisiana Secretary of State to serve Defendant, United Wisconsin Insurance Company.

Please notify the undersigned of the date and type of service had on the named defendants.

Should you have any questions and/or concerns regarding this matter, please do not hesitate to contact our office at the number above or you may contact my paralegal, Eva, at 337-948-0098 or via e-mail at paralegal@doranlawfirm.com.

With kindest regards, I am

Yours truly,

[signature]

Quincy L. Cawthorne
QLC/eml
Enclosures

| | | |
|---|---|---|
| **DANNY FRANCIS** | * | **27TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET NO.** 21-C-3157-A |
| **ATABI ALI ZUHAIR SABRI, AYAT LOGISTICS, INC. AND UNITED WISCONSIN INSURANCE COMPANY** | * * | **PARISH OF ST. LANDRY** **STATE OF LOUISIANA** |

*******************************************************************************

**PETITION FOR DAMAGES**

The petition of **DANNY FRANCIS,** a resident of and domiciled in the Parish of St. Landry, Louisiana, respectfully represents:

1.

Made defendants herein are the following:

**ATABI ALI ZUHAIR SABRI,** a resident and domiciliary of the State of Texas, who may be served *via Louisiana Long Arm Statue,* at 6754 Triobite Trl, Forth Worth, Texas 76137;

**AYAT LOGISTICS, INC.,** a foreign corporation, authorized to do and doing business in the State of Louisiana, who may be served *via Louisiana Long Arm Statute*, at 343 North Bowen Road, Arlington, Texas 76012; and

**UNITED WISCONSIN INSURANCE COMPANY,** a foreign corporation who is authorized to do and doing business in the State of Louisiana, and who may be served through its agent for service of process, Louisiana Secretary of state, 8585 Archives Avenue, Baton Rouge, LA 70809.

2.

Defendants herein are justly indebted, *in solido*, to Plaintiff for damages, as a result of the negligent acts of said Defendant **ATABI ALI ZUHAIR SABRI,** in causing an automobile accident on or about September 2, 2020, in St. Landry Parish, Louisiana.

3.

Also, on the above-mentioned date, September 2, 2020, Defendant, **ATABI ALI ZUHAIR SABRI,** was the operator of a 2015 Freight line 125, bearing a Texas License Plate Number R494711 commercial vehicle owned by **AYAT LOGISTICS, INC,** and insured by Defendant, **UNITED WISCONSIN INSURANCE COMPANY,** at the time of the accident.

4.

At the above date and time, Plaintiff, **DANNY FRANCIS,** was the owner and operator of a 2000 Chevrolet Silverado, bearing a 2023 Louisiana License Plate Number C803991, and was

St. Landry Parish Clerk of Court's Office
Filed 8-24-21
Louie Gauarge
Dy. Clerk
AUG 24 '21 AM9:50
ST LANDRY COC

traveling South on Railroad Avenue in Opelousas, Louisiana. Suddenly, and without warning, the vehicle being operated by Defendant, **ATABI ALI ZUHAIR SABRI**, pulled out from the Lou Ana private driveway and attempted to make a left hand turn onto Railroad Avenue, and collided with the vehicle being driven by Plaintiff, **DANNY FRANCIS**.

5.

At all times pertinent hereto the employee(s) of the defendant, **AYAT LOGISTICS INC**, was acting in the course and scope of his employment with **AYAT LOGISTICS, INC.** and was on a mission and acting in the interest of **AYAT LOGISTICS, INC.** As a result, **AYAT LOGISTICS, INC.** is liable for all damages caused by its employee(s) under the theory of *Respondeat Superior*, pursuant to Louisiana Civil Code Article 2320.

6.

Defendant, **AYAT LOGISTICS, INC.** was the employer of **ATABI ALI ZUHAIR SABRI**, thus making it vicariously liable for his negligence. Further, **AYAT LOGISTICS, INC.** is liable for Plaintiffs' damages in its own for its negligence in the hiring of **ATABI ALI ZUHAIR SABRI** to do a job he could not complete safely and without harm to Plaintiff.

7.

At all times material hereto, and particularly at the time of said collision, Defendant, **UNITED WISCONSIN INSURANCE COMPANY,** had issued and there was in effect, a policy of automobile liability insurance insuring the vehicle operated by **ATABI ALI ZUHAIR SABRI** and owned by **AYAT LOGISTICS, INC.** Pursuant to the terms and conditions of said insurance contract, Defendant, **UNITED WISCONSIN INSURANCE COMPANY,** did agree to stand in judgment jointly, severally and *in solido* with **ATABI ALI ZUHAIR SABRI AND AYAT LOGISTICS, INC.**, for the negligence, which caused the injuries and damages complained of herein to the person of **DANNY FRANCIS.**

8.

**UNITED WISCONSIN INSURANCE COMPANY** is liable along with **ATABI ALI ZUHAIR SABRI and AYAT LOGISTICS, INC.** for the acts or omissions of its insured.

9.

The acts of fault, gross and wanton negligence, and lack of skill by **ATABI ALI ZUHAIR SABRI,** which was the proximate cause of the collision and the resulting damages to the person of **DANNY FRANCIS,** are as follows:

(a) Failing to keep a proper lookout;

(b) Failure to operate the vehicle in a safe and reasonable manner;

(c) Failure to take evasive action to avoid the accident;

(d) In operating a vehicle in a careless manner;

(e) In causing the subject accident; and

(f) In violating the traffic laws.

10.

As a result of said accident, Plaintiff, **DANNY FRANCIS,** has suffered severe injuries which have caused Plaintiff severe pain and suffering, loss of enjoyment of life, lost wages and medical expenses, past, present and future for which Plaintiff claims damages which are just and reasonable for the injuries sustained. Accordingly, **DANNY FRANCIS,** itemizes his damages as follows:

A. Medical expenses, past, present and future, in an amount to be determined reasonable at a later date;

B. General damages, including pain, suffering, severe emotional distress, and disability, past, present and future, in an amount to be determined reasonable at a later date;

C. Lost wages; and

D. Property Damage.

11.

Under the Louisiana Code of Civil Procedure, Article 1432 *et seq.,* Plaintiff is entitled to and hereby requests that Defendant, **UNITED WISCONSIN INSURANCE COMPANY,** produce for inspection, the originals or certified copies of the insurance policies providing coverage for the damages complained of herein, which policy was in effect at the time of the accident. Said policies should be ordered produced within thirty (30) days to Quincy L.

Cawthorne, 521 E. Landry Street, Opelousas, Louisiana 70570 or Post Office Box 2119, Opelousas, Louisiana, 70571.

12.

Plaintiff is a citizen of this state and because of his poverty and want of means, he is unable, either to pay the costs of this suit in advance, or as they accrue or to give security thereof, and therefore desires to file and prosecute this action under the provisions of the Louisiana Code of Civil Procedure Articles 5181-5188.

**WHEREFORE,** Plaintiff, **DANNY FRANCIS,** prays as follows:

(a) For judgment jointly, severally and *in solido*, condemning said Defendants to pay unto him a reasonable sum, together with all legal interest from date of judicial demand until paid and for all costs of these proceedings;

(b) That **UNITED WISCONSIN INSURANCE COMPANY** be ordered to produce for inspection, the original or a certified copy of the insurance policy providing coverage for the damages complained of herein, which policy was in full force and effect at the time of the accident;

(c) Plaintiff be allowed to prosecute this action *in forma pauperis*; and

(d) Any and all general and equitable relief that may be afforded Plaintiff by this Honorable Court and the laws of the State of Louisiana.

**DORAN & CAWTHORNE, P.L.L.C.**

Pride J. Doran, #25035
Quincy L. Cawthorne, #29791
Corrie R. Gallien, #34179
Raven C. Boxie, #38606
Alexis Davis Durio, #39168
521 East Landry (70570)
Post Office Box 2119
Opelousas, LA 70571
Phone: (337) 948-8008
Facsimile: (337) 948-0098

Attorneys for Danny Francis

St. Landry Parish Clerk of Court's Office
Filed 8-24 20 21
Dy. Clerk

**PLEASE PREPARE CITATION, WITH PETITION FOR SERVICE ON THE BELOW *VIA THE LOUISIANA LONG ARM STATUTE***

**ATABI ALI ZUHAIR SABRI**
**Through the *Louisiana Long Arm Statute***
**6754 Triobite Trl,**
**Fort Worth, Texas 76137;**

**AYAT LOGISTICS, INC.**
**Through the *Louisiana Long Arm Statute***
**343 North Bowen Road**
**Arlington, Texas 76012**

**PLEASE SERVE DEFENDANT AS INDICATED BELOW:**

**UNITED WISCONSIN INSURANCE COMPANY**
**Through its agent for service of process**
**Louisiana Secretary of State**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

DANNY FRANCIS

VERSUS

ATABI ALI ZUHAIR SABRI, ET AL

CIVIL DOCKET NO. ____________

27TH JUDICIAL DISTRICT COURT

ST. LANDRY PARISH, LOUISIANA

**********************************************************************

**In Forma Pauperis Affidavit**

**All questions must be answered in full.**

**Note:** **Questions 2 and 3 should not be filled in if you are seeking protection from abuse.**

1. **Your Full Name:** DANNY FRANCIS

Social Security Number (Optional): 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 Date of Birth: 5-1-75

Age: 46 Sex: Female

2. **Address:** PO BOX 1922 OPELOUSAS LA 70571
(Box Number or Street Address) (City and State) (Zip Code)
(See Note above)

3. **Telephone Number(s):** (HOME) 337 331 2755 (WORK) 9429258
(See Note above)

4. **Are you a Student?** ____ YES ✓ NO If yes, please indicate the name of the school you are attending: ____________ Enrollment Status: ____________

5. **Current Household:**
Single: ✓ Married: ____ Separated: ____ Divorced: ____ Widowed: ____ Intimate partner: ____
How many children do you support who are under 18? Ø
How many children live with you? Ø Do you have any other dependents? Ø
State the Name, Age and Relationship to you of the children and dependents:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| | | |
| | | |

6. **What is your current Occupation?** INSTALLER **Are you employed?** ✓ YES ___ NO
(If yes, please complete the following Employer Information)
Name of Employer: SONNY'S AUDIO & VIDEO
Address: 5907 I-49 SERVICE RD SOUTH OPEL 70570
(Street Address) (City and State) (Zip Code)
Telephone Number: 337 9429258 How long have you been employed? 5 YRS.

(If you are not employed, please provide information of your last employer)
Name of last employer: ____________
Address: ____________
(Street Address) (City and State) (Zip Code)
How long have you been unemployed? ____________
What were your monthly wages? ____________

7. **Gross Income:** (a) State your gross earned income from wages and how you are paid:
Weekly? ______ Bi-Weekly? 1447. Monthly? ______ Amount/month $______

(b) Apart from income or support listed in response to question 8 (b) below, how much other income do you receive on a monthly basis? $______

(c) Monthly Deductions: Federal Income Tax: $______ FICA: $______ $______

(d) Other deductions: (explain) ____________

**TOTAL NET MONTHLY INCOME: (Add question 7 (a) + (b) less (c))** $ 2894.

8(a). If you are married and live with a spouse, please answer:
Is your spouse employed? NO What is the occupation of your spouse? ______
Is your spouse paid Weekly? ____ Bi-Weekly? ____ Monthly? ____ Amount/month $______
Name of spouse's employer: ______
Address: ______
(Street Address) (City and State) (Zip Code)
Telephone Number: ______ How long has spouse been employed? ______

8(b). Do you or your spouse receive any of the following income or support? ______ YES ✓ NO
If yes, state the monthly amount. SSI: $______ Disability: $______
Worker's Comp: $______ Unemployment Benefits: $______
Food Stamps: $______ TANF: $______ Child Support: $______
Spousal Support: $______ Kinship Care Subsidy Grant: $______ Other: $______

**If you are a client of a legal services program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from a legal services program and have a combined income from questions 7 and 8 that is less than or equal to 125% of the federal poverty level, skip all parts of question 9, and continue with question 10 on the next page.**

9. **Do you own or have interest in any of the following? (Including community property)**

A.

| | VALUE OF INTEREST | BALANCE OWED |
|---|---|---|
| HOUSE | $ 10,000. | $ Ø |
| AUTOMOBILE | $ | $ |
| TRUCK | $ 30,000. | $ Ø |
| WATERCRAFT | $ | $ |
| LIVESTOCK | $ | $ |
| MACHINERY | $ | $ |
| STOCK | $ | |
| BONDS | $ | |
| CERTIFICATES OF DEPOSIT | $ | |
| OTHER IMMOVABLE PROPERTY | Equity $ | Debt $ Ø |

DO YOU HAVE A BANK ACCOUNT(S)? ✓ YES ____ NO
Amount in account(s): $ Ø CHECKING $ 50. SAVINGS
Name and Location of Bank: ST LANDRY BANK
TOTAL VALUE OF ASSETS: $______

**B. I. List your Monthly Expenses:**

| | | |
|---|---|---|
| Rent: $ | Cable: $ 225. | Car Note: $ Ø |
| Lot Rent: $ | Garbage: $ Ø | Car Insurance: $ 196. |
| House Note: $ | Medical Insurance: $ 175. | Transportation: $ 300. |
| House Insurance: $ | Medical Expenses: $ Ø | Food: $ 300. |
| Gas: $ | Dental Expenses: $ Ø | Barber/Beauty: $ Ø |
| Electricity: $ 325. | Prescriptions: $ 100. | Entertainment: $ 300. |
| Water: $ 30 | Life Insurance: $ 175. | Grooming Supplies: $ |
| Telephone: $ 150. | Daycare: $ Ø | Garnishment: $ |
| Property Taxes: $ | Child Support: $ Ø | Other: $ |

**Total Amount of section I:** $ 2276.

**II. Credit cards:** (List type of card and monthly payment)

| Card Name | Monthly Payment |
|---|---|
| VISA | $ 100. |
| MASTER CARD | $ 100. |
| | $ |
| | $ |

**Total Amount of Section II:** $ 200.

**III. Financial Loans:** (List the financial institution and your monthly payment)

| Financial Name | Monthly Payment |
|---|---|
| N/A | $ |
| | $ |
| | $ |

**Total Amount of section III:** $ Ø

**TOTAL MONTHLY EXPENSES: (Add 9B (I+II+III) = Total Monthly Expenses)** $ 2476.00

10. Does anyone regularly help you pay your expenses? _____YES ✓ NO

(a) If yes, state that person's name and relationship to you.
Name: ____________

(b) Do you have any additional income or assets that are not shown above? _____YES ✓ NO
If you answered yes to either (a) or (b), please explain:

11. If you have an attorney, what arrangements have you made to pay your attorney's fee? What amount, (if any, have you paid? (You are required to answer fully.)
CONTINGENCY FEE CONTRACT

12. Has your attorney or the Notary Public told you that you may go to jail if you intentionally give a false answer to any of the above questions? ✓ YES _____ NO

**MOVER'S AFFIDAVIT**

STATE OF LOUISIANA
PARISH OF ST LANDRY

**BEFORE ME** the undersigned authority personally came and appeared:

DANNY FRANCIS

who after being duly sworn, deposed and said:

1. He/She provided the information above; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefor.

2. That the above information is a true and correct statement of his/her financial condition.

3. That the pleading and all allegations of fact therein are true and correct; and that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide security therefor.

4. He/She has read and understands the privilege contained in the notice below.

**NOTICE**

Although you may be granted the privilege of proceeding without prepayment of costs, **SHOULD JUDGMENT BE RENDERED AGAINST YOU, YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.**

The privilege to proceed ***IN FORMA PAUPERIS*** is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or not to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding *in forma pauperis* if he/she is entitled to do so.

Danny Francis
Mover's Signature

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in Opelousas, Louisiana this 10th day of August, 2021

NOTARY PUBLIC

QUINCY CAWTHORNE
NOTARY PUBLIC - 82445
LAFAYETTE PARISH, LOUISIANA
LSBA# 29791
EXPIRES AT DEATH

**THIRD PARTY AFFIDAVIT**

STATE OF LOUISIANA
PARISH OF ST. LANDRY

BEFORE ME, personally came and appeared: EVA LANDRY, who, after being duly sworn, deposed and said that he/she knows DANNY FRANCIS well and that he/she knows that because of his/her poverty and want of mean, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide bond therefor.

Eva Landry
Signature of Witness

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in Opelousas, Louisiana, this 10th day of August, 2021

NOTARY PUBLIC



QUINCY CAWTHORNE
NOTARY PUBLIC - 82445
LAFAYETTE PARISH, LOUISIANA
LSBA# 29791
EXPIRES AT DEATH

**ORDER**

**Considering the foregoing Pleading and Affidavits:** let DANNY FRANCIS prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure, Article 5181, et. seq., without paying the costs in advance or as they accrue or furnishing security therefor.

**THUS READ AND SIGNED** this 25 day of August 2021 in Opelousas Louisiana.

DISTRICT JUDGE

Gregory J. Doucet
District Judge
27th JDC, Div. A

St. Landry Parish Clerk of Court's Office
Filed 8-24-21
Dy. Clerk

| | | |
|---|---|---|
| **DANNY FRANCIS** | * | **27TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET NO. ____________** |
| **ATABI ALI ZUHAIR SABRI, AYAT LOGISTICS, INC. AND UNITED** | * | **PARISH OF ST. LANDRY** |
| **WISCONSIN INSURANCE COMPANY** | * | **STATE OF LOUISIANA** |

******************************************************************************

**PLAINTIFF'S, DANNY FRANCIS, FIRST SET OF INTERROGATORIES PROPOUNDED TO DEFENDANT, ATABI ALI ZUHAIR SABRI**

**TO: ATABI ALI ZUHAIR SABRI**
**Through the *Louisiana Long Arm Statue***
**6754 Triobite Trl,**
**Fort Worth, Texas 76137**

**PLEASE TAKE NOTICE** that you are hereby notified and required to answer, separately and fully, in writing and under oath, the following Interrogatories and to serve your answers thereto on Plaintiff, **DANNY FRANCIS**, through their attorney of record, Quincy L. Cawthorne, at 521 E. Landry Street (Post Office Box 2119), Opelousas, Louisiana 70570, within the time limits set forth by Louisiana Code of Civil Procedure.

**DEFINITIONS**

A. The term "person" shall mean all natural and civil persons and includes any individual, association, corporation, partnership, firm, joint venture or any other business or legal entity; and includes any governmental or quasi-governmental branch, department, bureau or agency.

B. As used herein, the term "documents" shall be used in its broadest sense and shall mean and include, but not be limited to, all writings of any kind, including the originals and all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise including without limitation, all written, printed, typed, recorded, or graphic matter of every kind and description, and all attachments and appendices thereto, whether now or formerly in your or your agent's actual or constructive possession, custody, or control. Without limiting the foregoing, the term "documents" shall include all agreements, affidavits, letters, counter-letters, contracts, settlement agreements, agreements of compromise, offers of settlement, minutes of meetings, correspondence, accounting ledgers, financial statements, accounting statements, accounting records, memoranda notes, working papers, diaries, diary entries, telegrams, telexes, interoffice and intra-office communications, messages, notes, notations of any sorts of conversations or meetings, reports, charts, statements, summaries, calendars, calendar entries, appointment book, tape recordings, photographs, computer tapes or discs, computer printouts, logs, and all drafts, alterations, modifications, changes, amendments of an of the foregoing, and any other documents contemplated by the Louisiana Code of Civil Procedure; however designated by you. If additional copies of documents have been made, and if such copies are not identical (or are no longer identical by reason of a subsequent addition of notations or other modifications), each non-identical copy is to be construed a separate document.

C. The terms "you" and "yours" shall mean the defendant(s) herein, and every individual who, because acting as your representative, in the investigation or preparation of this action and your agents, attorneys, investigators and representatives having knowledge of any matter which is the subject of this discovery pleading who can furnish information.

D. The term "act" shall mean any act, occurrence, occasion, meeting, transaction, or conduct.

E. "Identify" in connection with a "document" means to:

a. State the type of document (letter, memorandum, etc.); state the date of the document; the name and address of its author; the name and address of the person to whom the document was addressed; the names and addresses of all persons to whom copies of the document were to have been sent and the business affiliation of all such persons as of the date of the document, and, further, if the document is an agreement or contract, the date on which it was entered into, the place where it was confected, its terms and/or conditions, the present location of an original copy thereof, the name and address of its custodian and the contents thereof. If the agreement or contract has been amended or supplemented, this must be stated, and the above information furnished on each such amendment or supplement.

b. State whether you or anyone acting on your behalf are in possession of the original copy and identify the person having custody. If you do not possess the original, state (1) who does, and (2) the location and custodian of any copy of the original. In lieu of "identifying" any document, a copy thereof may be supplied, if you sufficiently relate the supplied copy to the pertinent inquiry herein.

F. "Identify" in connection with a "person" means to:

a. State the person's name, title, present address, if known, or past address if the present address is not known, telephone number, present business affiliations, title and position; and

b. State the person's relationship to you, hi present employer and his employer at the time of the person identified acquired information sought from such persons.

G. "Identify" in connection with a "partnership or corporation" means to:

a. State its full name, its state of organization or incorporation, and its principal place of business; and

b. State the partnership or corporation's relationship to you.

H. "Identify" in connection with a person other than an individual, partnership or corporation, means to state the person's official name, the person's organization's form and the person's present address.

I. "Identify" in connection with any "act" shall mean to set forth the event or events constituting such an act, its location, the date and person(s) participating, present or involved, and to identify documents relating or referring in any way thereto; when used in reference to any oral conversation, or discussion, it shall mean, in addition to the foregoing, to set forth the substance of what was said, when, where, by and to whom.

J. "Describe" or "specify" shall mean to:

a. Describe fully and in detail by reference to underlying facts rather than reference to ultimate facts or conclusions of fact or law; and
b. Particularize as to time, place, and participants; and
c. Set forth all relevant facts necessary to a complete understanding of the act, process, event, or thing in question.

K. Words herein of any gender shall be deemed to include all other genders and the singular be deemed to encompass the plural.

L. The term "and" means both the conjunctive "and" and the disjunctive "or" and the words "and/or".

**INSTRUCTIONS**

A. These Interrogatories/Requests shall be deemed continuing in nature as set forth under Article 1428 of the Louisiana Code of Civil Procedure.

B. In your responses to these Interrogatories/Requests, please repeat each request set forth herein and then set forth the response thereto separately and fully, identifying which documents are being produced in response to each request. As to any request to which you refuse to respond in whole or in part, for any reason, please state each ground for your refusal to respond, and if such refusal is made on the grounds that it requests information that falls or may fall within the attorney-client privilege or is protected by the work-product doctrine or any other privilege or doctrine, provide the following information as to each such objection:

a. The nature of the privilege or doctrine you claim is applicable and the reason you invoke it;
b. The identity, general description, author, and date of the document; and
c. The identity of each and every person known to you to have seen the document.

C. Where you believe that a complete response to a particular request or part thereof is not possible, please respond to each request or part thereof to the extent possible and furnish a statement explaining the reason for your inability to respond further.

**INTERROGATORY NUMBER 1:**

Please state your name, address, social security number, drivers' license number, place and date of birth, and the identity of any and all persons to include complete name, address, and telephone number, employer and current employment position, who prepared the answers or assisted in the preparation of these interrogatories and identify each and every document or source used by the persons.

**INTERROGATORY NUMBER 2:**

Please list the names, addresses, and telephone numbers of all persons, who to your knowledge, information, or belief, have any knowledge or information concerning any fact relevant to this litigation.

**INTERROGATORY NUMBER 3:**

Please list the names, addresses, and telephone numbers of persons from whom statements written, recorded by Court Reporter, or otherwise, have been taken in connection with this litigation or the claims for damages asserted by defendants or any other person claiming to be injured during or by the accident underlying this litigation, giving the date and time of each statement.

**INTERROGATORY NUMBER 4:**

Please list the names, addresses, and telephones numbers of all persons who have been interviewed in connection with this litigation or the circumstances given rise thereto, by you and whether or not statements were taken.

**INTERROGATORY NUMBER 5:**

Please list and describe the nature and content of each and every photograph, drawing, plan, specification and/or any other writing document or physical evidence of whatsoever kind, relevant to this litigation that is presently in your possession, custody, control, or guard.

**INTERROGATORY NUMBER 6:**

State whether any photographs, video recordings, or other surveillance has been conducted upon Plaintiff in the instant litigation stating the name, address, and telephone number of the person conducting the same and the date, time, and place conducted.

**INTERROGATORY NUMBER 7:**

Identify, with particularity, any witnesses, whether principal, rebuttal, or otherwise, whom you may call to testify at trial of this matter, providing for each such persons the names, addresses, telephone numbers, and a short concise statement of the facts to which each person is expected to testify.

**INTERROGATORY NUMBER 8:**

Identify, with particularity, any exhibit you may introduce at the trial on the merits of this cause, providing for each the name, address, and telephone number of the person who has custody or guard of such exhibit.

**INTERROGATORY NUMBER 9:**

State your defenses, if any, to this lawsuit and all facts that support or may tend to support each of the defenses.

**INTERROGATORY NUMBER 10:**

Please state if you were in the course and scope of your employment at the time of this accident. If so, please provide the name, address and phone number of your employer.

**INTERROGATORY NUMBER 11:**

Please state the name of the insurance company, or companies, providing applicable coverage to **ATABI ALI ZUHAIR SABRI,** or anyone in your household, at the time of the accident and detail the insurance policy limits.

**INTERROGATORY NUMBER 12:**

Have you or anyone in your household been involved in any prior or subsequent accidents other than the subject accident?

**INTERROGATORY NUMBER 13:**

If the answer to the preceding is in the affirmative, please state, with regard to each and every accident:

A. The place and date of each and every accident;
B. The facts surrounding each and every accident;
C. Whether or not there was any litigation involved.

**INTERROGATORY NUMBER 14:**

At the time of the accident or thereafter, did you have any conversations with the other parties who were involved in this accident with you, and if so the date of said conversations, the nature of said conversations and the specific contents of said conversations.

**INTERROGATORY NUMBER 15:**

Have you received any medical care on or since the date of the accident, and if so, please list each doctor, health care provider, pharmacist, dentist or hospital by name, address & telephone number?

**INTERROGATORY NUMBER 16:**

Was the vehicle in which you were driving at the time of this accident damaged in any way, and if so, please describe the damages to the vehicle you were driving, the repairs that were made, who made the repairs and what the cost of the repairs were.

**INTERROGATORY NUMBER 17:**

Do you have any damage estimates, payments or photographs of the site of the accident, the vehicles involved or any other photographs which show or demonstrate the accident, injuries or property damage, and if so, please state the date and time said photographs were taken, the name and address of the photographer, and the name and address of the person who has possession and custody of said photographs at this time?

**INTERROGATORY NUMBER 18:**

Please state whether you consumed any alcoholic beverage or partook of any drugs, prescription or otherwise, within seventy-two hours of the incident in question and if so, please describe the beverage or drug involved and the period of time during which the same was consumed.

**INTERROGATORY NUMBER 19:**

Please state whether you received any citation or summons from any police officer for the manner or method of your operation of the motor vehicle which you were driving and, if so, please describe the nature of the charges made, the court in which the charges were returnable, the nature of the plea, the nature of the plea interposed to such charges, and whether you were convicted of any charges in connection with such citation or summons issued.

**INTERROGATORY NUMBER 20:**

At the time of the accident, were you involved in performing any duties for any person other than yourself?

**INTERROGATORY NUMBER 21:**

Please give the substance of all communications or statements made by or conversations between the plaintiff and the defendants or any agents or employees of the defendants related to the accident and state if you have ever made or given any statement, either orally or in writing, to anyone regarding the accident.

**INTERROGATORY NUMBER 22:**

Please provide any cellular phone number(s) and the service provider for each number that was in effect on the date of the accident in suit, including but not limited to all personal, employment or business entities.

**INTERROGATORY NUMBER 23:**

For each person, other than the doctors or experts, who has or claims to have knowledge of facts pertaining to any issue in this lawsuit, please provide the full name and address, present employer, whether such person was an eye-witness to the accident, and the substance of the knowledge claimed by such individual.

**INTERROGATORY NUMBER 24:**

For each expert or doctor who has or claims to have knowledge of facts pertaining to any issue in this lawsuit, or for each person in your employment who you consider to be such an expert, please provide the following:

(a) name, address and job classification;
(b) employer or associates if not self-employed;
(c) field of competency;
(d) educational background, including schools, degrees, and years received;
(e) occupational experience, including employers, types of work, and duties;
(f) other significant qualifications;
(g) whether a written report was prepared, and if so, the date of each such report;
(h) the title, author, publisher, and date of publication of three treaties or other publications which each expert considers authoritative for his field of competency.

**INTERROGATORY NUMBER 25:**

Has **AYAT LOGISTICS, INC.** made any payments to any persons as a result of personal injuries, property damages, or any other type of damages, as a result of this accident? If so, please state the person paid and the amount paid, and whether the amounts paid were for payment of bodily injury or property damage.

**INTERROGATORY NUMBER 26:**

Please state, with as much detail as possible, how you believe the incident happened, giving the time of day, date and place/location of the incident, and names of the persons involved.

**INTERROGATORY NUMBER 27:**

If you have ever been involved in any other incidents involving injury and/or insurance claims and/or suits and/or been injured in any way at any other time, either before or after the incident sued upon, and/or have had complaints and/or medical treatment, please give the dates of the incidents, and/or accidents, and/or medical treatment, and/or complaints, places of incident or accident, injuries received, names and addresses of all doctors, hospitals and other care givers used, the length of time absent from work, the court and suit number of suit filed (if any), and the claim number, insurance adjuster and firm dealt with, if any.

Respectfully submitted,

**DORAN & CAWTHORNE, L.L.C.**

Pride J. Doran #25035
Quincy L. Cawthorne, #29791
Corrie R. Gallien, #34179
Raven C. Boxie, #38606
Alexis Davis Durio, #39168
521 East Landry Street (70570)
Post Office Box 2119
Opelousas, Louisiana 70571
Phone: (337) 948-8008
Facsimile: (337) 948-0098

Attorneys for Danny Francis

St. Landry Parish Clerk of Court's Office
Filed 8-24 20 21
Dy. Clerk

| | | |
|---|---|---|
| **DANNY FRANCIS** | * | **27TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET NO. ______________** |
| **ATABI ALI ZUHAIR SABRI, AYAT LOGISTICS, INC. AND UNITED** | * | **PARISH OF ST. LANDRY** |
| **WISCONSIN INSURANCE COMPANY** | * | **STATE OF LOUISIANA** |

***************************************************************************

**PLAINTIFF'S, DANNY FRANCIS, FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT, ATABI ALI ZUHAIR SABRI**

**TO: ATABI ALI ZUHAIR SABRI**
**Through the *Louisiana Long Arm Statue***
**6754 Triobite Trl,**
**Fort Worth, Texas 76137**

**PLEASE TAKE NOTICE** that the Plaintiff, **DANNY FRANCIS,** in the referenced matter, herein request production, for purposes of inspection, viewing, copying, reproducing, and photocopying, of the following materials, which are pertinent to the captioned litigation; and said materials are to be produced at the office of Quincy L. Cawthorne, at 521 E. Landry Street (Post Office Box 2119), Opelousas, Louisiana 70570, within the time limits set forth by law.

**REQUEST FOR PRODUCTION NUMBER 1:**

Please produce a copy of any applications for authority to self-insure and any proof of self-insurance in your possession that may be applicable to this litigation.

**REQUEST FOR PRODUCTION NUMBER 2:**

Please produce a certified copy of any and all liability insurance policy(s), including but not limited to, any and all endorsements and exclusions, issued by **ANY INSURANCE COMPANY**, providing liability coverage for **ATABI ALI ZUHAIR SABRI,** any member of his household, and/or any drivers of all vehicles owned by **ATABI ALI ZUHAIR SABRI,** or any member of his household which liability coverage was in effect September 2, 2020.

**REQUEST FOR PRODUCTION NUMBER 3:**

Please produce any written or recorded statements obtained by you or anyone on your behalf that relate to the accident involved in this lawsuit.

**REQUEST FOR PRODUCTION NUMBER 4:**

Please produce any insurance claim forms, correspondence or other documentary evidence submitted by you to any insurer in connection with the accident involved in this lawsuit.

**REQUEST FOR PRODUCTION NUMBER 5:**

Please produce any and all appraisals made by any entity or person as to the damages to the vehicle involved in the accident underlying this litigation.

**REQUEST FOR PRODUCTION NUMBER 6:**

Please produce the applications for the insurance policy or policies of insurance which are or may be applicable to this accident issued to **ATABI ALI ZUHAIR SABRI, OR ANY MEMBER OF HIS HOUSEHOLD.**

**REQUEST FOR PRODUCTION NUMBER 7:**

Please produce any and all photographs, diagrams and/or video tapes taken or drawn by you or on your behalf purporting to show the place or circumstances of the accident.

**REQUEST FOR PRODUCTION NUMBER 8:**

Please produce any and all accident reports, injury reports or investigative reports taken by you or on your behalf or in your possession, custody or control concerning the accident which is the subject of this litigation.

**REQUEST FOR PRODUCTION NUMBER 9:**

Please produce any and all evidence of surveillance of the plaintiff(s) made by you or anyone acting on your behalf including but not limited to all audio recordings, video tapes, photographs, and motion pictures of any kind.

**REQUEST FOR PRODUCTION NUMBER 10:**

Please produce a copy of the front and back of your driver's license.

St. Landry Parish Clerk of Court's Office
Filed 8-24 20 21
Louise Gavarge
Dy. Clerk

Respectfully submitted,

**DORAN & CAWTHORNE, L.L.C.**

Pride J. Doran #25035
Quincy L. Cawthorne, #29791
Corrie R. Gallien, #34179
Raven C. Boxie, #38606
Alexis Davis Durio, #39168
521 East Landry Street (70570)
Post Office Box 2119
Opelousas, Louisiana 70571
Phone: (337) 948-8008
Fax: (337) 948-0098

Attorneys for Danny Francis

| | | |
|---|---|---|
| **DANNY FRANCIS** | * | **27TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET NO. _______________** |
| **ATABI ALI ZUHAIR SABRI, AYAT LOGISTICS, INC. AND UNITED** | * | **PARISH OF ST. LANDRY** |
| **WISCONSIN INSURANCE COMPANY** | * | **STATE OF LOUISIANA** |

******************************************************************************

**PLAINTIFF'S, DANNY FRANCIS, FIRST SET OF INTERROGATORIES PROPOUNDED TO DEFENDANT, AYAT LOGISTICS, INC.**

**TO: AYAT LOGISTICS, INC.**
**Through the *Louisiana Long Arm Statute***
**343 North Bowen Road**
**Arlington, Texas 76012**

**PLEASE TAKE NOTICE** that you are hereby notified and required to answer, separately and fully, in writing and under oath, the following Interrogatories and to serve your answers thereto on Plaintiff, **DANNY FRANCIS**, through his attorney of record, **Quincy L. Cawthorne,** at 521 E. Landry Street (Post Office Box 2119), Opelousas, Louisiana 70570, within the time limits set forth by Louisiana Code of Civil Procedure.

**DEFINITIONS**

A. The term "person" shall mean all natural and civil persons and includes any individual, association, corporation, partnership, firm, joint venture or any other business or legal entity; and includes any governmental or quasi-governmental branch, department, bureau or agency.

B. As used herein, the term "documents" shall be used in its broadest sense and shall mean and include, but not be limited to, all writings of any kind, including the originals and all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise including without limitation, all written, printed, typed, recorded, or graphic matter of every kind and description, and all attachments and appendices thereto, whether now or formerly in your or your agent's actual or constructive possession, custody, or control. Without limiting the foregoing, the term "documents" shall include all agreements, affidavits, letters, counter-letters, contracts, settlement agreements, agreements of compromise, offers of settlement, minutes of meetings, correspondence, accounting ledgers, financial statements, accounting statements, accounting records, memoranda notes, working papers, diaries, diary entries, telegrams, telexes, interoffice and intra-office communications, messages, notes, notations of any sorts of conversations or meetings, reports, charts, statements, summaries, calendars, calendar entries, appointment book, tape recordings, photographs, computer tapes or discs, computer printouts, logs, and all drafts, alterations, modifications, changes, amendments of an of the foregoing, and any other documents contemplated by the Louisiana Code of Civil Procedure; however designated by you. If additional copies of documents have been made, and if such copies are not identical (or are no longer identical by reason of a subsequent addition of notations or other modifications), each non-identical copy is to be construed a separate document.

C. The terms "you" and "yours" shall mean the defendant(s) herein, and every individual who, because acting as your representative, in the investigation or preparation of this action and your agents, attorneys, investigators and representatives having knowledge of any matter which is the subject of this discovery pleading who can furnish information.

D. The term "act" shall mean any act, occurrence, occasion, meeting, transaction, or conduct.

E. "Identify" in connection with a "document" means to:

a. State the type of document (letter, memorandum, etc.); state the date of the document; the name and address of its author; the name and address of the person to whom the document was addressed; the names and addresses of all persons to whom copies of the document were to have been sent and the business affiliation of all such persons as of the date of the document, and, further, if the document is an agreement or contract, the date on which it was entered into, the place where it was confected, its terms and/or conditions, the present location of an original copy thereof, the name and address of its custodian and the contents thereof. If the agreement or contract has been amended or supplemented, this must be stated, and the above information furnished on each such amendment or supplement.

b. State whether you or anyone acting on your behalf are in possession of the original copy and identify the person having custody. If you do not possess the original, state (1) who does, and (2) the location and custodian of any copy of the original. In lieu of "identifying" any document, a copy thereof may be supplied, if you sufficiently relate the supplied copy to the pertinent inquiry herein.

F. "Identify" in connection with a "person" means to:

a. State the person's name, title, present address, if known, or past address if the present address is not known, telephone number, present business affiliations, title and position; and

b. State the person's relationship to you, hi present employer and his employer at the time of the person identified acquired information sought from such persons.

G. "Identify" in connection with a "partnership or corporation" means to:

a. State its full name, its state of organization or incorporation, and its principal place of business; and

b. State the partnership or corporation's relationship to you.

H. "Identify" in connection with a person other than an individual, partnership or corporation means to state the person's official name, the person's organization's form and the person's present address.

I. "Identify" in connection with any "act" shall mean to set forth the event or events constituting such an act, its location, the date and person(s) participating, present or involved, and to identify documents relating or referring in any way thereto; when used in reference to any oral conversation, or discussion, it shall mean, in

addition to the foregoing, to set forth the substance of what was said, when, where, by and to whom.

J. "Describe" or "specify" shall mean to:

a. Describe fully and in detail by reference to underlying facts rather than reference to ultimate facts or conclusions of fact or law; and

b. Particularize as to time, place, and participants; and

c. Set forth all relevant facts necessary to a complete understanding of the act, process, event, or thing in question.

K. Words herein of any gender shall be deemed to include all other genders and the singular be deemed to encompass the plural.

L. The term "and" means both the conjunctive "and" and the disjunctive "or" and the words "and/or".

**INSTRUCTIONS**

A. These Interrogatories shall be deemed continuing in nature as set forth under Article 1428 of the Louisiana Code of Civil Procedure.

B. In your responses to these Interrogatories/Requests, please repeat each request set forth herein and then set forth the response thereto separately and fully, identifying which documents are being produced in response to each request. As to any request to which you refuse to respond in whole or in part, for any reason, please state each ground for your refusal to respond, and if such refusal is made on the grounds that it requests information that falls or may fall within the attorney-client privilege or is protected by the work-product doctrine or any other privilege or doctrine, provide the following information as to each such objection:

a. The nature of the privilege or doctrine you claim is applicable and the reason you invoke it;

b. The identity, general description, author, and date of the document; and

c. The identity of each and every person known to you to have seen the document.

C. Where you believe that a complete response to a particular request or part thereof is not possible, please respond to each request or part thereof to the extent possible and furnish a statement explaining the reason for your inability to respond further.

**INTERROGATORY NUMBER 1:**

State your name, address, and official position and tenure with the defendant, **AYAT LOGISTICS, INC.**

**INTERROGATORY NUMBER 2:**

Please list the names, addresses, and telephone numbers of all persons, who to your knowledge, information, or belief, have any knowledge or information concerning any fact relevant to this litigation.

**INTERROGATORY NUMBER 3:**

Please list the names, addresses, and telephone numbers of persons from whom statements written, recorded by Court Reporter, or otherwise, have been taken in connection with this litigation or the claims for damages asserted by defendants or any other person claiming to be injured during or by the accident underlying this litigation, giving the date and time of each statement.

**INTERROGATORY NUMBER 4:**

Please list the names, addresses, and telephones numbers of all persons who have been interviewed in connection with this litigation or the circumstances given rise thereto, by you and whether or not statements were taken.

**INTERROGATORY NUMBER 5:**

Please list and describe the nature and content of each and every photograph, drawing, plan, specification and/or any other writing document or physical evidence of whatsoever kind, relevant to this litigation that is presently in your possession, custody, control, or guard.

**INTERROGATORY NUMBER 6:**

State whether any photographs, video recordings, or other surveillance has been conducted upon Plaintiff in the instant litigation stating the name, address, and telephone number of the person conducting the same and the date, time, and place conducted.

**INTERROGATORY NUMBER 7:**

Identify, with particularity, any witnesses, whether principal, rebuttal, or otherwise, whom you may call to testify at trial of this matter, providing for each such person the names, addresses, telephone numbers, and a short concise statement of the facts to which each person is expected to testify.

**INTERROGATORY NUMBER 8:**

Identify, with particularity, any exhibit you may introduce at the trial on the merits of this cause, providing for each the name, address, and telephone number of the person who has custody or guard of such exhibit.

**INTERROGATORY NUMBER 9:**

State your defenses, if any, to this lawsuit and all facts that support or may tend to support each of the defenses.

**INTERROGATORY NUMBER 10:**

Please state the policy number(s) of all contracts and insurance, including any endorsements or exclusions, which were in full force and effect on September 2, 2020, insuring **AYAT LOGISTICS, INC.** together with the effective dates of the policies and limits of liability.

**INTERROGATORY NUMBER 11:**

Please state the name of the insurance company, or companies, providing applicable coverage to each defendant in this matter, at the time of the accident and detail the insurance policy limits, including any excess coverage over and beyond the policy (Umbrella coverage) issued to **AYAT LOGISTICS, INC.** and any other drivers of the vehicle being driven at the time of this accident.

**INTERROGATORY NUMBER 12:**

Has **AYAT LOGISTICS, INC.**, or any of its drivers and/or vehicles ever been involved in any accidents other than the subject accident?

**INTERROGATORY NUMBER 13:**

If the answer to the preceding is in the affirmative, please state, with regard to each and every accident:

A. The place and date of each and every accident;
B. The facts surrounding each and every accident;
C. Whether or not any of its drivers reprimanded and/or disciplined in any manner;
D. Whether or not there was any litigation involved.

**INTERROGATORY NUMBER 14:**

At the time of the accident or thereafter, did any representative of **AYAT LOGISTICS, INC.** have any conversations with the other parties who were involved in this accident, and if so the date of said conversations, the nature of said conversations and the specific contents of said conversations.

**INTERROGATORY NUMBER 15:**

Has **AYAT LOGISTICS, INC.** made any payments to any persons as a result of personal injuries, property damages, or any other type of damages, as a result of this accident? If so, please state the person paid and the amount paid, and whether the amounts paid were for payment of bodily injury or property damage.

**INTERROGATORY NUMBER 16:**

Was the vehicle, which is the subject of this litigation, and in which **ATABI ALI ZUHAIR SABRI** was the driver, damaged in any way, and if so, please describe the damages to the vehicle, the repairs that were made, who made the repairs and what the cost of the repairs were.

**INTERROGATORY NUMBER 17:**

Do you have any damage estimates, payments or photographs of the site of the accident, the vehicles involved or any other photographs which show or demonstrate the accident, injuries or property damage, and if so, please state the date and time said photographs were taken, the name and address of the photographer, and the name and address of the person who has possession and custody of said photographs at this time?

**INTERROGATORY NUMBER 18:**

Please state whether **AYAT LOGISTICS, INC.** obtain a recorded statement from its driver of the vehicle, which is the subject of this litigation, or any other person regarding the accident that is the subject of this litigation. If so, please list the date and time of said recorded statement.

**INTERROGATORY NUMBER 19:**

Please state whether **AYAT LOGISTICS, INC.'s** driver received any citation or summons from any police officer for the manner or method of your operation of the motor

vehicle which he was driving and, if so, please describe the nature of the charges made, the court in which the charges were returnable, the nature of the plea, the nature of the plea interposed to such charges, and whether he was convicted of any charges in connection with such citation or summons issued.

**INTERROGATORY NUMBER 20:**

At the time of the accident, was the driver of the **AYAT LOGISTICS, INC.'S** vehicle acting within the course and scope of any employment? If so, for whom?

**INTERROGATORY NUMBER 21:**

Please give the substance of all communications or statements made by or conversations between the plaintiff and the defendant or any agents or employees of the defendant related to the accident.

**INTERROGATORY NUMBER 22:**

Has the driver of the vehicle owned by **AYAT LOGISTICS, INC.** ever made or given any statement, either orally or in writing, to anyone regarding the accident?

**INTERROGATORY NUMBER 23:**

For each person, other than the doctors or experts, who has or claims to have knowledge of facts pertaining to any issue in this lawsuit, please provide the full name and address, present employer, whether such person was an eye-witness to the accident, and the substance of the knowledge claimed by such individual.

**INTERROGATORY NUMBER 24:**

For each expert or doctor who has or claims to have knowledge of facts pertaining to any issue in this lawsuit, or for each person in your employment who you consider to be such an expert, please provide the following:

(a) Name, address and job classification;
(b) Employer or associates if not self-employed;
(c) Field of competency;
(d) Educational background, including schools, degrees, and years received;
(e) Occupational experience, including employers, types of work, and duties;
(f) Other significant qualifications;
(g) Whether a written report was prepared, and if so, the date of each such report;
(h) The title, author, publisher, and date of publication of three treaties or other publications which each expert considers authoritative for his field of competency.

**INTERROGATORY NUMBER 25:**

At the time that **ATABI ALI ZUHAIR SABRI** was employed with **AYAT LOGISTICS, INC.**, what were the employment requirements for employment as a driver with You, i.e., driving test, driving classes, certification, qualification, etc. Please Identify who conducted the driving test, driving classes, certification, qualification, etc., giving complete details of this test, driving classes, certification, qualification, etc. including, type of vehicle, where conducted, how long was testing period, what were the objectives of the test?

**INTERROGATORY NUMBER 26:**

Please identify **your** driver hiring requirements beginning three (3) years prior to the accident and up to present, including requirements relating to experience, training, prior accidents, prior violations, criminal records, drug or alcohol history, etc..; together with each and every revision or modification to date, including the date of each such revision or modification and the substance of each such revision or modification.

**INTERROGATORY NUMBER 27:**

Please identify **your** driver training program as of the date of the accident, including requirements relating to onboard driver training, safety training, seminars, defensive driving courses, hours of service, safety meetings, probationary periods, etc.; together with each and every revision or modification to date, including the date of each such revision or modification and the substance of each such revision or modification.

**INTERROGATORY NUMBER 28:**

Please identify any and all accidents involving **ATABI ALI ZUHAIR SABRI**, both prior to and subsequent to the subject accident, and update this Interrogatory through date of trial.

**INTERROGATORY NUMBER 29:**

Identify in detail, with chronology and locations, the route of the driver, **ATABI ALI ZUHAIR SABRI**, during the 48-hour period prior to the subject accident, including each pickup and delivery, with pickup and delivery addresses, dates and times noted.

**INTERROGATORY NUMBER 30:**

Identify all cellular telephone companies with which the driver, **ATABI ALI ZUHAIR SABRI,** had a company and personal cell phone on the date of the accident, including but not limited to all personal, employment or business entities. Additionally, please identify all such cellular phone numbers and the service provider for each number that was in effect on the date of the accident in suit, including but not limited to all personal, employment or business entities with whom **ATABI ALI ZUHAIR SABRI,** communicated with during the course and scope of his employment with **AYAT LOGISTICS, INC.**

**INTERROGATORY NUMBER 31:**

On the date of this accident how long had **ATABI ALI ZUHAIR SABRI** worked for You?

**INTERROGATORY NUMBER 32:**

Since the Defendant, **ATABI ALI ZUHAIR SABRI,** was cited with a traffic violation at the scene of the subject accident involving serious injuries:

a. Was a drug test administered within 2 hours of the accident?

b. Who administered the test?

c. How long after the accident was the test administered? And

d. If not done within 2 hours, what was the reason for the delay? And was a test administered after 2 hours?

**INTERROGATORY NUMBER 33:**

Please state whether any records, of the communications with your dispatcher are kept by You in the ordinary course of business and state how they are kept and archived.

Respectfully submitted,

**DORAN & CAWTHORNE, P.L.L.C.**

Pride J. Doran #25035
Quincy L. Cawthorne, #29791
Corrie R. Gallien, #34179
Alexis Davis Durio, #39168
521 East Landry Street (70570)
Post Office Box 2119
Opelousas, Louisiana 70571
Phone: (337) 948-8008
Facsimile: (337) 948-0098

St. Landry Parish Clerk of Court's Office
Filed 8-24 20 21
Dy. Clerk

| | | |
|---|---|---|
| **DANNY FRANCIS** | * | **27TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET NO. ______________** |
| **ATABI ALI ZUHAIR SABRI, AYAT LOGISTICS, INC. AND UNITED** | * | **PARISH OF ST. LANDRY** |
| **WISCONSIN INSURANCE COMPANY** | * | **STATE OF LOUISIANA** |

**********************************************************************************

**PLAINTIFF'S, DANNY FRANCIS, FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT, AYAT LOGISTICS, INC.**

**TO: AYAT LOGISTICS, INC.**
**Through the *Louisiana Long Arm Statute***
**343 North Bowen Road**
**Arlington, Texas 76012**

**PLEASE TAKE NOTICE** that the Plaintiff, **DANNY FRANCIS,** in the referenced matter, herein requests production, for purposes of inspection, viewing, copying, reproducing, and photocopying, of the following materials, which are pertinent to the captioned litigation; and said materials are to be produced at the office of **QUINCY L. CAWTHORNE** at 521 E. Landry Street (Post Office Box 2119), Opelousas, Louisiana 70570, within the time limits set forth by law.

**REQUEST FOR PRODUCTION NUMBER 1:**

Please produce a copy of any applications for authority to self-insure and any proof of self-insurance in your possession that may be applicable to this litigation.

**REQUEST FOR PRODUCTION NUMBER 2:**

Please produce all liability policies of insurance, including, but not limited to, any and all policies of insurance which provided excess insurance coverage, in which **AYAT LOGISTICS, INC.** is a named insured that were in force and effect on September 2, 2020.

**REQUEST FOR PRODUCTION NUMBER 3:**

Please produce any written or recorded statements obtained by you or anyone on your behalf that relate to the accident involved in this lawsuit.

**REQUEST FOR PRODUCTION NUMBER 4:**

Please produce any insurance claim forms, correspondence or other documentary evidence submitted by you to any insurer in connection with the accident involved in this lawsuit.

**REQUEST FOR PRODUCTION NUMBER 5:**

Please produce any and all appraisals made by the defendant as to the damages to the vehicle involved in the accident underlying this litigation.

**REQUEST FOR PRODUCTION NUMBER 6:**

Please produce the applications for the insurance policy or policies of insurance which are or may be applicable to this accident.

**REQUEST FOR PRODUCTION NUMBER 7:**

Please produce any and all photographs, diagrams and/or video tapes taken or drawn by you or on your behalf purporting to show the place or circumstances of the accident.

**REQUEST FOR PRODUCTION NUMBER 8:**

Please produce any and all accident reports, injury reports or investigative reports taken by you or on your behalf or in your possession, custody or control concerning the accident which is the subject of this litigation.

**REQUEST FOR PRODUCTION NUMBER 9:**

Please produce any and all evidence of surveillance of the plaintiff(s) made by you or anyone acting on your behalf including but not limited to all audio recordings, video tapes, photographs, and motion pictures of any kind.

**REQUEST FOR PRODUCTION NUMBER 10:**

Please provide a copy of all property damage estimates, property appraisals, property damage payments, photographs and all documents and information accumulated by **AYAT LOGISTICS, INC.** in appraising /evaluating the damage sustained to the 2015 Freightliner 125 commercial truck and trailer, bearing Texas commercial license plate number R49 4711.

**REQUEST FOR PRODUCTION NUMBER 11:**

Please produce copies of all employment/personnel records, criminal/arrest records, and any other documents and information relating to Defendant, **ATABI ALI ZUHAIR SABRI,** which you have in your possession or later acquire through the course of this litigation.

**REQUEST FOR PRODUCTION NUMBER 12:**

Please provide a copy of all photographs taken by Defendants or anyone on **your** behalf, of the accident site and the vehicles involved in this accident.

**REQUEST FOR PRODUCTION NUMBER 13:**

Please provide a copy of all documents, photographs, measurements, articles, papers, statutes, regulations, records, reports and documents prepared by or to be relied upon by all expert witnesses at trial.

**REQUEST FOR PRODUCTION NUMBER 14:**

Please produce the bills of lading, freight bills and expense invoices generated during the course of the trip during which the accident occurred.

**REQUEST FOR PRODUCTION NUMBER 15:**

Please produce a copy of all documents, reports, computer print outs, truck tracking reports, and all other information in your possession which would reflect GPS satellite navigation, "black box" or computer tracking information, and which would reflect speed, braking, signaling, location, point of impact, lighting and other vehicle data for the 2015 Freightliner 125 commercial truck and trailer, bearing Texas commercial license plate number R494711, on the date of the accident, September 2, 2020.

**REQUEST FOR PRODUCTION NUMBER 16:**

Please produce any and all maintenance and repair records for work done on the truck or the trailer during the 12-month period before the accident and the 12-month period after the subject accident.

**REQUEST FOR PRODUCTION NUMBER 17:**

Please produce a copy of all policy and procedure manuals, driver manuals, employee's manuals, operator manuals, safety manuals and any other safety, driver, company or other type manuals, hand brakes, or other materials, by whatever name, which were in effect and being utilized by **AYAT LOGISTICS, INC.**, on September 2, 2020.

**REQUEST FOR PRODUCTION NUMBER 18:**

Please provide a copy of all driver logs, daily driver logs, invoices, work tickets, receipts and any other documents or information which would reflect the hours worked, trips made and jobs/work for **ATABI ALI ZUHAIR SABRI** for the six-month periods prior to, and subsequent to the date of the accident, September 2, 2020.

**REQUEST FOR PRODUCTION NUMBER 19:**

Please provide a copy of any all cell phone records from **AYAT LOGISTICS, INC.** and **ATABI ALI ZUHAIR SABRI** for all business cell phones given to, used by or assigned for **ATABI ALI ZUHAIR SABRI'S** use which would reflect any and all cell phone calls made or received on the date of the accident, September 2, 2020.

**REQUEST FOR PRODUCTION NUMBER 20:**

Please provide all MVR's and other records, documents, invoices, or other written information, by whatever name, that would reflect written requests for repairs or maintenance to

the 2015 Freightliner 125 commercial truck and trailer, bearing Texas commercial license plate number R494711, involved in the accident at issue for the period of January 1, 2020 to January 1, 2021.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce all documents verifying all required tests, training and qualification taken by **ATABI ALI ZUHAIR SABRI** for employment with You, including, but not exclusively, driving test, written tests, certifications, scores of grades of the testing, annual review of **ATABI ALI ZUHAIR SABRI'S** driving record, drug and alcohol tests, screens, reports and records which would reflect drug or alcohol use by **ATABI ALI ZUHAIR SABRI** during his entire relationship with **AYAT LOGISTICS, INC.** and in particular, on September 2, 2020.

**REQUEST FOR PRODUCTION NO. 22:**

Please provide any and all records, of the communication and/or dispatch records between the Driver and your dispatcher from the trip that **ATABI ALI ZUHAIR SABRI** was on when the incident occurred, no matter how they are kept by you in the ordinary course of business.

Respectfully submitted,

**DORAN & CAWTHORNE, P.L.L.C.**

Pride J. Doran #25035
Quincy L. Cawthorne, #29791
Corrie R. Gallien, #34179
Raven C. Boxie, #38606
Alexis Davis Durio, #39168
521 East Landry Street (70570)
Post Office Box 2119
Opelousas, Louisiana 70571
Phone: (337) 948-8008
Facsimile: (337) 948-0098

St. Landry Parish Clerk of Court's Office Filed 8-24-21 Dy. Clerk

Attorneys for Danny Francis

CITATION
**STATE OF LOUISIANA**

| | |
|---|---|
| **DANNY FRANCIS** | **27th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF ST. LANDRY** |
| **ATABI ALI ZUHAIR SABRI ETAL** | **CIVIL NO. C-213157A** |

**TO THE DEFENDANT ATABI ALI ZUHAIR SABRI THROUGH THE LOUISIANA LONG ARM STATUTE 6754 TRIOBITE TRL, FORT WORTH, TEXAS 76137**

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance,either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within THIRTY(30) days after the service hereof,under penalty of default.

Witness the Honorable the Judges of said Court, this 24TH day of **AUGUST**, A. D. 2021.

Issued and delivered **August 26, 2021**

Racie Savage
Deputy Clerk of Court

**REQUESTED BY: ALEXIS DURIO**

CITATION

**STATE OF LOUISIANA**

| | |
|---|---|
| **DANNY FRANCIS** | **27th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF ST. LANDRY** |
| **ATABI ALI ZUHAIR SABRI ETAL** | **CIVIL NO. C-213157A** |

**TO THE DEFENDANT AYAT LOGISTICS , INC. THROUGH THE LOUISIANA LONG ARM STATUTE 343 NORTH BOWEN ROAD ARLINGTON, TEXAS 76012**

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance,either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within THIRTY(30) days after the service hereof,under penalty of default.

Witness the Honorable the Judges of said Court, this 24TH day of **AUGUST**, A. D. 2021.

Issued and delivered **August 26, 2021**

Racie Savage

Deputy Clerk of Court

**REQUESTED BY: ALEXIS DURIO**

CITATION

**STATE OF LOUISIANA**

| | |
|---|---|
| **DANNY FRANCIS** | **27th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF ST. LANDRY** |
| **ATABI ALI ZUHAIR SABRI ETAL** | **CIVIL NO. C-213157A** |

**TO THE DEFENDANT UNITED WISCONSIN INSURANCE COMPANY THROUGH ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE 8585 ARCHIVES AVE. BATON ROUGE, LA 70809**

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance,either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof,under penalty of default.

Witness the Honorable the Judges of said Court, this 24TH day of **AUGUST**, A. D. 2021.

Issued and delivered **August 26, 2021**

Racie Savage

Deputy Clerk of Court

**REQUESTED BY: ALEXIS DURIO**

**CHARLES JAGNEAUX**
CLERK OF COURT
ST. LANDRY PARISH
P.O. BOX 750
OPELOUSAS, LOUISIANA 70571-0750

Quincy Cawthorne
P.O BOX 2119
Opelousas, LA
70571

mailed
8-26-21

**Sid J. Gautreaux**
**Sheriff East Baton Rouge Parish**

Clerk of Court St. Landry Parish
P.O. Box 750

Opelousas, LA 70571-0750

**DISTRICT COURT**
For the Parish of East Baton Rouge
9/10/2021

**Case: (49) 213157** DANNY FRANCIS vs ATABI ALI ZUHAIR SABRI ET AL
1,723,621

| Nbr | Date | Service Type | Charges |
|---|---|---|---|
| 1 | 09/10/2021 | Citation<br>; 1 SOS; BR, LA 70809 | $30.00 |
| 1 | 09/10/2021 | Mileage Charge | $9.36 |
| | | **Case Total:** | **$39.36** |

**Total: $39.36**

Please make check payable to:
Sid J. Gautreaux, Sheriff
P.O. Box 3277
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK

pauper

CITATION
STATE OF LOUISIANA

| DANNY FRANCIS | 27th JUDICIAL DISTRICT COURT |
| --- | --- |
| VS | PARISH OF ST. LANDRY |
| ATABI ALI ZUHAIR SABRI ETAL | CIVIL NO. C-213157A |

TO THE DEFENDANT UNITED WISCONSIN INSURANCE COMPANY THROUGH ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE 8585 ARCHIVES AVE. BATON ROUGE, LA 70809

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance,either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof,under penalty of default.

Witness the Honorable the Judges of said Court, this 24TH day of AUGUST, A. D. 2021.

Issued and delivered August 26, 2021

Racie Savage
Deputy Clerk of Court

REQUESTED BY: ALEXIS DURIO

I made service on the named party through the Office of the Secretary of State on SEP 13 2021 by tendering a copy of this document to KATHY DARDEN
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RETURNED AND FILED: 9/24/21
Deputy Clerk of Court