UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **DANNY FRANCIS** | CIVIL ACTION NO.: 6:21-CV-03611 |
| **VERSUS** | JUDGE SUMMERHAYS |
| **ATABI ALI ZUHAIR SABRI, AYAT LOGISTICS, INC., AND UNITED WICONSIN INSURANCE COMPANY** | MAGISTRATE JUDGE WHITEHURST |
| | JURY TRIAL REQUESTED |

## ORDER

The foregoing Motion to Dismiss considered,

IT IS ORDERED that all claims alleged by the Plaintiff, **DANNY FRANCIS**, in the instant matter against the Defendants, **UNITED WISCONSIN INSURANCE COMPANY, AYAT LOGISTICS INC., & ATABI ALI ZUHAIR SABRI**, are dismissed with prejudice, with Defendants to bear their court costs as well as Plaintiff's court costs up to $391.36.

SIGNED at Lafayette, Louisiana, this 10th day of January, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DIVISION

1